[No. 44036-9-II.   Division Two.   August 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLOTTE ANN
BUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 11-1-00134-5, David L. Edwards, J.,
entered September 21, 2012. *Remanded with instructions*
by unpublished opinion per Lee, J., concurred in by Maxa
and Melnick, JJ. Now published at 184 Wn. App. 442.

[No. 44911-1-II.   Division Two.   August 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GENARO BRANDON
VILLANUEVA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 13-1-00125-7, Michael H. Evans, J., entered
May 16, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred
in by Hunt and Maxa, JJ.

[Nos. 45243-0-II; 45246-4-II.   Division Two.   August 19, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WAYNE
MICKENS, *Appellant*.

Appeals from a judgment of the Superior Court for
Cowlitz County, No. 13-1-00373-0, Marilyn K. Haan, J.,
entered July 29, 2013. *Affirmed* by unpublished opinion per
Maxa, J., concurred in by Worswick and Melnick, JJ.